# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| GLENDA GEORGE, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV412-083 |
| LIBERTY COUNTY BOARD OF EDUCATION, | ) ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Glenda George brought this Title VII, employment-discrimination case against the Liberty County Board of Education. Doc. 1. Pursuant to Fed. R. Civ. P. 12(b)(6), the Board moves to dismiss because the Board lacks legal capacity to be sued -- a requirement under Fed. R. Civ. P. 17(b). Doc. 8. The motion is supported[1] and unopposed per Local Rule 7.5 (no response means no opposition), in that plaintiff has failed to respond.

Accordingly, plaintiff's case should be **DISMISSED**.

---

1 *See Cook v. Colquitt County Bd. of Educ.*, 261 Ga. 841, 841 (1992) ("a county board of education, unlike the school district which it manages, is not a body corporate and does not have the capacity to sue or be sued."), *cited in Vela v. Taylor County Bd. of Educ.*, 2012 WL 1940803 at * 1 n. 1 (M.D. Ga. May 29, 2012).

**SO REPORTED AND RECOMMENDED,** this 29th day of October, 2012.

/s/ M. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA