# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 NOV 19   AM 9: 56

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| GLENDA GEORGE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CV412-083 |
| | ) | |
| LIBERTY COUNTY BOARD | ) | |
| OF EDUCATION, | ) | |
| | ) | |
|     Defendant. | ) | |

## O R D E R

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _19_ day of ___Nov.___, 2012.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA