FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 NOV 19 AM 9: 56
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| GLENDA GEORGE, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV412-083 |
| LIBERTY COUNTY BOARD ) OF EDUCATION, ) | |
| Defendant. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 19 day of Nov., 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA